IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:16CR393-1 |
| | : | |
| v. | : | |
| | : | ORDER FOR |
| KELIN ROSMERI LIMA PEREZ | : | DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Middle District of North Carolina, hereby dismisses the Indictment filed on November 1, 2016, against KELIN ROSMERI LIMA PEREZ, pursuant to a plea agreement entered in case number 1:17CR10-1.

This the 16th day of August, 2017.

Respectfully submitted,

SANDRA J. HAIRSTON
Acting United States Attorney

FRANK J. CHUT, JR.
Assistant United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES DISTRICT COURT JUDGE

Date: 8/17/17